IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS BOLEY,

    Plaintiff,                                        ORDER

v.

                                            Case No.  14-cv-263-wmc

SOCIAL SECURITY ADMINISTRATION OF
MADISON, WI,

    Defendant.

Plaintiff Travis Boley has filed a proposed civil complaint.  Plaintiff has neither paid the filing fee nor requested leave to proceed without prepayment.  For this case to proceed, plaintiff must either pay the $400 filing fee or submitted a request for leave to proceed without prepayment of the filing fee no later than May 21, 2014.  If plaintiff wishes to proceed without prepayment of the fee, he will be required to complete the enclosed petition and affidavit to support a determination that he is entitled to proceed without prepaying the filing fee.

ORDER

IT IS ORDERED that plaintiff Travis Boley may have until May 21, 2014 to submit the $400 filing fee or a properly supported request for leave to proceed without prepayment of the filing fee.  If, by May 21, 2014, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 24th day of April, 2014.

BY THE COURT

/s/
PETER OPPENEER
Magistrate Judge