IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRAVIS L. BOLEY,

                Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION
OF MADISON, WI,

                Defendant.

ORDER

14-cv-263-jdp

---

In an order entered on September 18, 2014, I dismissed plaintiff Travis Boley's complaint for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until October 9, 2014, in which to submit a proposed amended complaint addressing the deficiencies explained in the September 18 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now past plaintiff's October 9 deadline, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment and close this case.

Entered this 22nd day of October, 2014.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge