IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS L. BOLEY,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION
OF MADISON, WI,

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-263-wmc

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 10/22/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |